IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JERRY ADAMS and RALEIGH MASON,

    Plaintiffs,

v.                                        Civil Action No. 5:07CV30
                                                         (STAMP)
CITY OF WELLSBURG and WAYNE CAMPBELL,

    Defendants.

**ORDER GRANTING MOTION TO WITHDRAW THE MOTION
TO COMPEL THE DEPOSITIONS OF PLAINTIFFS
AND VACATING ORDER OF REFERENCE**

On December 13, 2007, the defendants, City of Wellsburg and Wayne Campbell, filed a motion to compel the depositions of the plaintiffs. On December 17, 2007, the undersigned judge entered an order referring the motion to compel to United States Magistrate Judge James E. Seibert. Also on December 17, 2007, following the entry of the order of reference, the defendants filed a motion to withdraw the motion to compel the depositions of the plaintiffs. For good cause shown, the motion to withdraw the motion to compel the depositions of the plaintiffs is hereby GRANTED. Accordingly, the order of reference entered on December 17, 2007 is hereby VACATED.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    December 18, 2007

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE