IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JERRY ADAMS and RALEIGH MASON,

    Plaintiffs,

v.                                Civil Action No. 5:07CV30
                                           (STAMP)
CITY OF WELLSBURG and WAYNE CAMPBELL,

    Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE

For reasons appearing to the court, it is hereby ORDERED that the pretrial conference in this civil action be RESCHEDULED and will now be held on **March 24, 2008 at 2:15 p.m.**

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

    DATED:  February 22, 2008

                                              /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE